In the Matter of the Probate of the Will of JOHN CONNOR, Deceased.

(Argued March 5, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 2, 1889, which affirmed a decree of the surrogate of New York county admitting a paper to probate as the last will and testament of John Connor, deceased.

*Aaron Pennington Whitehead* for appellant.

*Frederic R. Coudert* for respondent.

Agree to affirm ; no opinion.
All concur. `
Judgment affirmed. _____